

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00668-CR

Ana Victoria **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR2717
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED March 15, 2023.

_____
Irene Rios, Justice